ANTHONY ALFONSO, Appellant, v. FANNIE KAHN, Respondent.— Order modified, without costs, by providing that the verdict is set aside and a new trial ordered, unless the plaintiff shall stipulate to reduce the recovery

to $4,000, in which event the verdict shall be reduced accordingly and the motion denied. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.